**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>FOOD STREET INC.,<br><br>Debtor. | Case No. 26-11982-BFK<br>Chapter 11 |

**<u>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED</u>**

The Court has before it, the Chapter 11 Voluntary Petition filed by Food Street, Inc. Docket No. 1. The Court notes that the Debtor is not represented by an attorney. Local Bankruptcy Rules 1074-1 and 5005-1(D)(1)(c) require that a bankruptcy petition be signed by an attorney when the Debtor is a corporation, limited liability company, general partnership, or other corporate entity. The petition before the Court contains no such signature. For that reason, this matter will be set for a hearing for the Debtor Designee to appear and show cause why this bankruptcy case should not be dismissed. It is hereby

**ORDERED**:

1. Amjad Khanzada, President of Food Street, Inc., and the signee of the petition is directed to appear on **<u>Tuesday, September 15, 2026, at 11:00 a.m.,</u>** in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, located at 200 S. Washington Street, Alexandria, Virginia 22314, to explain why this bankruptcy case should not be dismissed.

2. The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry, to the parties below.

Date: Aug 19 2026

Alexandria, Virginia

/s/ Brian F Kenney

HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Aug 19 2026

Food Street Inc
14633 Richmond Hwy
Woodbridge, VA 22191
*Chapter 11 Debtor*

Amjad Khanzada
14633 Richmond Hwy
Woodbridge, VA 22191
*Debtor Designee*

Kristen Eustis
1725 Duke Street,
Suite 650
Alexandria, VA 22314
*U.S. Trustee's office*